UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL FRANK GOODWIN,<br><br>Petitioner,<br><br>v.<br><br>JAMES HILL, Warden,[1]<br><br>Respondent. | Case No. CV 15-9156 JFW (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Magistrate Judge's Report and Recommendation. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that the Petition is denied and that Judgment shall be entered dismissing this action with prejudice.

---

[1] James Hill, Warden of Richard J. Donovan Correctional Facility, where Petitioner is incarcerated, is substituted for his predecessor. *See* Fed. R. Civ. P. 25(d).

IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on Petitioner at his current address of record and on counsel for Respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: March 6, 2024

                                      JOHN F. WALTER
                                      UNITED STATES DISTRICT JUDGE