JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Frank Goodwin,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>James Hill, Warden,[1]<br><br>　　　　Respondent. | Case No. CV 15-9156 JFW (PVC)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

Dated: March 6, 2024

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

---

[1] James Hill, Warden of Richard J. Donovan Correctional Facility, where Petitioner is incarcerated, is substituted for his predecessor. *See* Fed. R. Civ. P. 25(d).